**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Douglas Harry Warenback,<br><br>    Petitioner<br><br>v.<br><br>Brian Williams, et al.,<br><br>    Respondents | 2:17-cv-02834-JAD-VCF<br><br>**Order Dismissing Petition**<br><br>[ECF No. 2] |

    Pro se petitioner Douglas Warenback is currently serving 4–10 years at the High Desert State Prison after he was convicted of pandering a child.[1] He filed this petition for a writ of habeas corpus,[2] but he did not pay the filing fee or file an application to proceed *in forma pauperis*. Although he filed a "notice of temporary financial information" in which he estimates his inmate account balances and provides some transaction summaries,[3] these filings are insufficient and this matter has been improperly commenced.[4]

    Warenback also indicates on the face of his petition that he already has a federal habeas petition for this conviction pending in this court in case no. 2:15-cv-01789-APG-VCF. Title 28 U.S.C. § 2244(b)(3)(A) provides: "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."[5] Where a petition has been dismissed with prejudice as untimely or because of procedural default, the dismissal constitutes a

---

[1] NEVADA DEP'T OF CORRECTIONS, https://www.doc.nv.gov/Inmates/Home (last visited Nov. 16, 2017) (inmate search by name Douglas Warenback or by offender ID 1112924).

[2] ECF No. 1-1.

[3] ECF No. 3.

[4] 28 U.S.C. § 1915(a)(2) (2012); Local Rule LSR 1-2.

[5] 28 U.S.C. § 2244(b)(3)(A) (2012).

disposition on the merits and renders a subsequent petition successive for purposes of 28 U.S.C. § 2244.[6]

Warenback's earlier-filed petition is still pending in this court before Judge Gordon.[7] This petition is therefore duplicative and successive. Warenback is apparently aware that he must seek leave from the Ninth Circuit to file a successive petition because he informs this court that he has asked the Ninth Circuit for leave but has not yet received an answer.[8] Without leave from the Ninth Circuit, Warenback may not file successive habeas petitions.

Accordingly, the **Clerk of Court** is directed to **DETACH and FILE** Warenback's petition **[ECF No. 1-1]**.

IT IS FURTHER ORDERED that the petition is **DISMISSED** without prejudice.

IT IS FURTHER ORDERED that Warenback's motion for leave to file a successive petition **[ECF No. 2] is DENIED**.

I decline to issue a certificate of appealability because reasonable jurists would not find my conclusions to be debatable or wrong.

The **Clerk of Court** is directed to **ADD** Adam Paul Laxalt, Nevada Attorney General, as counsel for respondents, and **ELECTRONICALLY SERVE** on respondents the petition along with a copy of this order. Respondents do not need to respond.

The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE**.

DATED: November 20, 2017.

_____
U.S. District Judge Jennifer A. Dorsey

---

[6] *See McNabb v. Yates*, 576 F.3d 1028, 1029–1030 (9th Cir. 2009); *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005).

[7] *See* docket report 2:15-cv-01789-APG-VCF.

[8] ECF No. 2 at 2.